UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM CARTER, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1053 RWS |
| | ) | |
| KEITH SCHAEFER, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiffs' motion for reconsideration. Plaintiffs argue that the Court erred in applying the dismissal provision of 28 U.S.C. § 1915 to their claims because they are not prisoners. Plaintiffs are mistaken. Title 28 U.S.C. § 1915 applies to all persons who seek leave to proceed in forma pauperis in federal court. As a result, the motion to reconsider shall be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to reconsider [#18] is **DENIED**.

Dated this 26th day of June, 2007.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE