UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM G. CARTER, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1053 RWS |
| | ) | |
| KEITH SCHAFER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Goddard's motion for extension of time to file an amended complaint. Goddard seeks an additional ninety days beyond the imposed deadline of June 2, 2008. Upon review of the case file, the Court finds that such a lengthy extension is unwarranted. However, the Court will grant the motion in part. Plaintiffs' amended complaint shall be filed no later than **July 17, 2008**.

Accordingly,

**IT IS HEREBY ORDERED** that Goddard's motion for extension of time [#33] is **GRANTED** in part.

**IT IS FURTHER ORDERED** that plaintiffs' amended complaint shall be filed no later than **July 17, 2008**.

Dated this 22nd day of May, 2008.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE